UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SHAKE-N-GO FASHION, INC.,                           JUDGMENT
                                                    04-CV- 4173 (DLI)
                              Plaintiff,

    -against-


DONG K. JANG et al.,


                              Defendants.
--------------------------------------------------------------------X



        An Order of Honorable Dora L. Irizarry, United States District Judge, having been

filed on August 23, 2006, dismissing the action for failure to prosecute; it is


        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that the action is dismissed for failure to prosecute.



Dated:  Brooklyn, New York
        August 28, 2006

                                        _____
                                        ROBERT C. HEINEMANN
                                        Clerk of Court